UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION CHILLIS,

  Plaintiff,

  v.

ROBERT NEUSCHMID, et al.,

  Defendants.

No. 2:19-cv-0530-KJM-EFB P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. As the magistrate judge correctly notes, the operative complaint does not allege facts supporting a First

/////

1

Amendment claim; rather it appears focused primarily on the state's practice with respect to telephone cards not complying with state regulations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2020, are adopted in full;

2. Plaintiff's second amended complaint (ECF No. 15) is dismissed without leave to amend; and

3. The Clerk is directed to close the case.

DATED: December 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE